UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARION L. WHITE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social <br> Security Administration, <br><br> Defendants | No. CV-12-465-CI <br><br> ORDER GRANTING UNOPPOSED <br> MOTION TO DISMISS COMPLAINT <br> AND CLOSING THE FILE |

Before the court is Plaintiff's unopposed Motion to Dismiss, which the court construes as a motion for voluntary dismissal without prejudice pursuant to Rule 41(a). (ECF No. 8.) The parties have consented to proceed before a magistrate judge. (ECF No. 3.) Defendant does not oppose this Motion. (ECF No. 9 at 2.) Accordingly,

**IT IS ORDERED:**

1. The Plaintiff's Motion **ECF No. 8)** is **GRANTED.** The captioned matter is dismissed without prejudice.

2. No judgment shall be entered.

3. The file of the captioned matter is **CLOSED**.

4. The District Court Executive is directed to file this Order and provide copies to counsel for the parties.

DATED July 31, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED
TO DISMISS COMPLAINT AND CLOSING THE FILE - 1